IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MORGAN, JACK H<br>MORGAN, MARALYN L<br><br>　　　　Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-72008 MB<br><br>Judge  MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

　　　NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.　　The Petition commencing this case was filed on 08/24/07. The Trustee was appointed on 08/24/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.　　The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.　　The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.　　A summary of the Trustee's Final Report as of June 19, 2008 is as follows:

　　　a.　RECEIPTS (See Exhibit C)　　　　　　　　　　　　　　　$　　　32,511.85

　　　b.　DISBURSEMENTS (See Exhibit C)　　　　　　　　　　　$　　　　4,128.48

　　　c.　NET CASH available for distribution　　　　　　　　　　$　　　28,383.37

　　　d.　TRUSTEE/PROFESSIONAL COSTS

|   |   |   |   |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 4,001.19 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 4,989.43 |

    c.    Illinois Income Tax for Estate (See Exhibit G)    $ 0.00

5. The Bar Date for filing unsecured claims expired on 12/26/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | | |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 8,990.62 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 62,357.14 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 36.64% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $4,989.43. The total of Chapter 7 professional fees and expenses requested for final allowance is $4,989.43.

9. A fee of $1,250.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

06/19/2008 07:34 FTP    BSLBV                                                    → scans              ☒ 003/012

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   June 19, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MORGAN, JACK H
MORGAN, MARALYN L

CASE NO. 07-72008 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,990.62 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 19,392.75 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 28,383.37 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $8,990.62 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 4,001.19 | 4,001.19 |
| | RSM McGladrey, Inc., Accountant for Trustee | 567.00 | 567.00 |
| | Stephen G. Balsley, Attorney for Trustee | 3,924.50 | 3,924.50 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 497.93 | 497.93 |
| | TOTAL | $ | 8,990.62 |

    d. $19,392.75 for general unsecured creditors who have filed claims allowed in the total amount of $52,934.00, yielding a dividend of 36.64%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $52,934.00 | 36.64% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank | 8,169.15 | 2,992.83 |
| 2 | GE Money Bank, d/b/a Walmart | 968.85 | 354.95 |
| 3 | Chase Bank USA | 8,873.84 | 3,250.99 |
| 4 | Chase Bank USA | 11,083.61 | 4,060.56 |
| 5 | Chase Bank USA | 9,848.12 | 3,607.93 |
| 6 | Chase Bank USA | 6,369.30 | 2,333.44 |
| 7 | Chase Bank USA | 544.45 | 199.46 |
| 8 | LVNV Funding LLC/Citibank | 6,518.64 | 2,388.15 |
| 9 | eCAST Settlement CorporationHSBC Bank Nevada | 387.52 | 141.97 |
| 10 | eCAST Settlement Corporation/HSBC Bank Nevada | 170.52 | 62.47 |
| | TOTAL | $ | 19,392.75 |

    e. $0.00 for tardily filed unsecured claims allowed in the total amount of $9,423.14 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $9,423.14 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 11 | LVNV Funding LLC/Citibank | 9,423.14 | 0.00 |
| | TOTAL | $ | 0.00 |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  June 19, 2008         /s/Stephen G. Balsley
                                         STEPHEN G. BALSLEY, Trustee

06/19/2008 07:34 FTP BSLBV → scans ☒006/012

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 4,001.19 | $ 4,001.19 |
| RSM McGladrey, Inc., Accountant for Trustee | $ 0.00 | $ 567.00 | $ 567.00 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 3,924.50 | $ 3,924.50 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 497.93 | $ 497.93 |
| **TOTALS** | $ **0.00** | $ **8,990.62** | $ **8,990.62** |

## EXHIBIT A

## TASKS PERFORMED

### JACK H. MORGAN AND MARALYN L. MORGAN
### CHAPTER 7 BANKRUPTCY CASE NO. 07-72008

The only asset administered in this case was real estate located near Friendship, Wisconsin upon which sat two older mobile homes. The property was scheduled as having a value of $60,400.00. This value, however, was based solely on a tax assessment. The Trustee had a market analysis completed for the property and determined it revealed the property was worth substantially less than the value indicated by the tax assessment. The mobile homes on the property were very old and not in very good condition. The Trustee took the necessary steps to winterize the property. The Trustee offered to sell the real estate back to the Debtors or their family, but the Debtors were unable to purchase the property. The Trustee, therefore, listed the property for sale with a realtor pursuant to Court Order. The property was marketed through a multiple listing service. The property was sold pursuant to a Court Order entered on February 20, 2008 for the sum of $32,500.00 in "as is" condition.

The Trustee retained the services of an accountant to file the necessary income tax returns for the bankruptcy estate. The Trustee has reviewed the claims on file and has found no basis for objection.

SGB:vcg

**EXHIBIT b**

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 07-72008 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | MORGAN, JACK H | Filed (f) or Converted (c): | 08/24/07 (f) |
| | MORGAN, MARALYN L | §341(a) Meeting Date: | 09/20/07 |
| Period Ending: | 06/19/08 | Claims Bar Date: | 12/26/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 622 Dawson St, Rockford IL | 89,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2149 Leona St, Friendship, WI | 60,400.00 | 32,500.00 | | 32,500.00 | FA |
| 3 | Associated Bank - checking | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Associated Bank - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2 cemetary lots | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding rings | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fishing equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | AXA Equitable - life insurance | 850.00 | 0.00 | DA | 0.00 | FA |
| 11 | CUNA Mutual Group - term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | CUNA Mutual Insurance - term insurnace | 1.00 | 0.00 | DA | 0.00 | FA |
| 13 | Fidelity Investments - term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 14 | Textron - monthly pension | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Stock - Adams Columbia Electric Co-op | 12.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2006.5 Kia Optima LX Sedan | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1971 Star Craft Camper | 1.00 | 0.00 | DA | 0.00 | FA |
| 18 | Home computer | 400.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 07-72008 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | MORGAN, JACK H | Filed (f) or Converted (c): | 08/24/07 (f) |
| | MORGAN, MARALYN L | §341(a) Meeting Date: | 09/20/07 |
| Period Ending: | 06/19/08 | Claims Bar Date: | 12/26/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Riding lawnmower and hand lawnmower | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Misc. hand and yard tools | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 11.85 | Unknown |
| 21 | Assets    Totals (Excluding unknown values) | $169,616.00 | $32,500.00 | | $32,511.85 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 31, 2008        **Current Projected Date Of Final Report (TFR):** June 19, 2008 (Actual)

Printed: 06/19/2008 02:59 PM    V.10.03

EXHIBIT

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-72008 MB
**Case Name:** MORGAN, JACK H
MORGAN, MARALYN L
**Taxpayer ID #:** 13-7589921
**Period Ending:** 06/19/08

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****60-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/05/08 | | Adams-Friendship Title Company | Proceeds from sale of real estate | | | 28,960.34 | | 28,960.34 |
| | {2} | | Proceeds from sale of real estate | 32,500.00 | 1110-000 | | | 28,960.34 |
| | | | Realtor commission ($1,000.00 which was paid by earnest money deposit and $950.00 out of funds paid at closing) | -1,950.00 | 3510-000 | | | 28,960.34 |
| | | | Closing fee - Adams Friendship Title Co. | -150.00 | 2500-000 | | | 28,960.34 |
| | | | Title insurance | -240.00 | 2500-000 | | | 28,960.34 |
| | | | Special assessment letter | -5.00 | 2500-000 | | | 28,960.34 |
| | | | Overnight fee | -15.00 | 2500-000 | | | 28,960.34 |
| | | | State tax/stamps Deed | -97.50 | 2500-000 | | | 28,960.34 |
| | | | Delinquent real estate taxes | -933.85 | 2820-000 | | | 28,960.34 |
| | | | County taxes 01/01/08 - 02/29/08 | -148.31 | 2820-000 | | | 28,960.34 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 4.19 | | 28,964.53 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 4.04 | | 28,968.57 |
| 05/22/08 | 1001 | Adams-Columbia Electric Cooperative | Utility bill | | 2500-000 | | 23.18 | 28,945.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.62 | | 28,949.01 |
| 06/03/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2008 FOR CASE | | 2300-000 | | 28.64 | 28,920.37 |

Subtotals: $28,972.19    $51.82

{} Asset reference(s)

Printed: 06/18/2008 02:59 PM    V.10.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 07-72008 MB
Case Name: MORGAN, JACK H
MORGAN, MARALYN L
Taxpayer ID #: 13-7589921
Period Ending: 06/19/08

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****60-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07-72008, 016018067 | | | | |
| 06/06/08 | | To Account #********6066 | Transfer funds from MMA to check to pay taxes | 9999-000 | | 537.00 | 28,383.37 |
| 06/06/08 | 1003 | Illinois Department of Revenue | Tax due to State of Illinois | 2820-000 | | 391.00 | 27,992.37 |
| 06/06/08 | 1004 | Department of the Treasury | Taxes due to Internal Revenue Service | 2810-000 | | 146.00 | 27,846.37 |
| 06/09/08 | | From Account #********6066 | Transfer funds back to MMA from checking | 9999-000 | 537.00 | | 28,383.37 |
| | | | ACCOUNT TOTALS | | 29,509.19 | 1,125.82 | $28,383.37 |
| | | | Less: Bank Transfers | | 537.00 | 537.00 | |
| | | | Subtotal | | 28,972.19 | 588.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $28,972.19 | $588.82 | |

{} Asset reference(s)

Printed: 06/18/2008 02:59 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-72008 MB
**Case Name:** MORGAN, JACK H
MORGAN, MARALYN L
**Taxpayer ID #:** 13-7589921
**Period Ending:** 06/19/08

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*60-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/08 | | From Account #\*\*\*\*\*\*\*\*6065 | Transfer funds from MMA to check to pay taxes | 9999-000 | 537.00 | | 537.00 |
| 06/09/08 | | To Account #\*\*\*\*\*\*\*\*6065 | Transfer funds back to MMA from checking | 9999-000 | | 537.00 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 537.00 | 537.00 | $0.00 |
| Less: Bank Transfers | 537.00 | 537.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*60-65 | 28,972.19 | 588.82 | 28,383.37 |
| Checking # \*\*\*-\*\*\*\*\*60-66 | 0.00 | 0.00 | 0.00 |
| | $28,972.19 | $588.82 | $28,383.37 |

{} Asset reference(s)

Printed: 06/18/2008 02:59 PM   V.10.03