Case Name: MORGAN, JACK & MARALYN
Case No:    07-72008

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 24, 2008                    WILLIAM T. NEARY
                                        United States Trustee, Region 11


                            BY:   */s/ Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee