IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MORGAN, JACK H
MORGAN, MARALYN L

CASE NO. 07-72008 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-6189; XXX-XX-8983

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 115
    Rockford, IL 61101

    on: July 28, 2008
    at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 4,001.19 | |
| RSM McGladrey, Inc. Trustee's Accountant | $ 0.00 | $ 567.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 3,924.50 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 497.93 |

4. The Trustee's Final Report shows total:

    a. Receipts                              $ 32,511.85

    b. Disbursements                         $ 4,128.48

    c. Net Cash Available for Distribution   $ 28,383.37

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been

allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $19,392.75, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $52,934.00, resulting in an approximate distribution of 36.64% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   June 19, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2008   Doc 40   Filed 06/25/08   Entered 06/28/08 01:07:02   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1           Date Rcvd: Jun 25, 2008
Case: 07-72008                Form ID: pdf002            Total Served: 22


The following entities were served by first class mail on Jun 27, 2008.
db          +Jack H Morgan,    622 Dawson St,    Rockford, IL 61107-4527
jdb         +Maralyn L Morgan,    622 Dawson St,    Rockford, IL 61107-4527
aty         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11567699     Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
11567700    +Capital One Bank,    Bankruptcy Department,    PO Box 85015,    Richmond, VA 23285-5015
11691658     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11567701     Chase Bank USA,NA,    PO Box 15298,    Wilmington, DE 19850-5298
11567703     Citi Cards,    PO Box 142319,    Irving, TX 75014-2319
11567702    +Citi Cards,    PO Box 6000,    The Lakes, NV 89163-0001
11604256    +Citizens Automobile Finance,    RJE 212,    One Citizens Dr,    Riverside RI 02915-3019
11567704    +Citizens Automobile Finance,    RJE 212,    One Citizens Drive,    Riverside, RI 02915-3019
11567706     Everhome Mortgage Company,    PO Box 79301,    City Of Industry, CA 91716-9301
11567707     HSBC Card Services,    Orchard Bank,    PO Box 80084,    Salinas, CA 93912-0084
11567708     Sears Credit Cards,    PO Box 6924,    The Lakes, NV 88901-6924
11567710     Wells Fargo Financial,    4920 East State Street,    Rockford, IL 61108-2272
11804639     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,   Services III,
             POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jun 26, 2008.
11567705     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 26 2008 06:27:00     Discover,   PO Box 30943,
             Salt Lake City, UT 84130-0943
11651371     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 26 2008 06:27:00
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11786686     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11662090    +E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2008 05:32:01
              Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11567709     E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2008 05:31:34     Wal Mart,   PO Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2008**             **Signature:** _Joseph Speetjens_